UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH EDWARD WULFF,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOHN MCMAHON,<br><br>　　　　　Respondent. | No. 2:15-cv-0928 GGH P<br><br><br>ORDER |

　　　　Petitioner, a county prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　Petitioner is presently incarcerated at the Central Detention Center in San Bernardino County. He is serving a sentence for a conviction rendered by the San Bernardino County Superior Court.

　　　　The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). In the instant case, both petitioner's conviction and his place of incarceration occurred in an area covered by the District Court for the Central District of California.[1]

---

[1] It is also apparent from the petition which is on the Central District of California form and which contains a case number from the Central District, as well as the heading: "first amended

1

1 | Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2 | transferred to the United States District Court for the Central District of California.  Id. at 499
3 | n.15; 28 U.S.C. § 2241(d).
4 | Dated: May 11, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/mp
Wulf0928.108a

---

27 | petition," that petitioner intended to file this document in the Central District.  (ECF No. 1 at 1.)
28 | An attached order from the Central District in the same case number, filed April 29, 2015, ordering petitioner to file an amended petition, tends to confirm this probability.  (Id. at 17-22.)

2